EXHIBIT A

Exhibit A

**Doe #1 (4.63.2.202 2005-05-16 02:14:44 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Capitol Records, Inc. | Pet Shop Boys | It's a Sin | Actually | 93-012 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Tuesday Night Music Club | 209-823 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Arista Records LLC | LFO | Girl on TV | LFO | 306-981 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**Exhibit A**

**Doe #2 (151.196.6.9 2005-06-08 05:49:46 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Thomas Dolby | Dance Floor | Zapp II | 37-321 |
| Capitol Records, Inc. | Thomas Dolby | She Blinded Me With Science | The Golden Age Of Wireless | 46-842 |
| Virgin Records America, Inc. | Shaggy | Boombastic | Boombastic | 222-048 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | Missing You Now | Time, Love & Tenderness | 132-494 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Jezebel | Promise | 71-848 |
| Arista Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| BMG Music | Dave Matthews Band | Stay (Wasting Time) | Before These Crowded Streets | 257-982 |

## Doe #3 (68.160.221.146 2005-06-03 12:51:39 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Elektra Entertainment Group Inc. | Rah Digga | Imperial | Dirty Harriet | 281-389 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Motown Record Company, L.P. | Boyz II Men | Please Don't Go | Cooleyhighharmony | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | U Know | II | 196-004 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Big Things | I Am | 175-149 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Kiss Of Life | Love Deluxe | 183-731 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |
| BMG Music | Busta Rhymes | As I Come Back | Genesis | 312-547 |

**Doe #4 (162.83.136.112 2005-04-16 20:03:25 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Interscope Records | Sheryl Crow | Steve McQueen | C'Mon C'Mon | 311-757 |
| Atlantic Recording Corporation | Tori Amos | Cornflake Girl | Under the Pink | 185-391 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Tuesday Night Music Club | 209-823 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Getting Jiggy Wit It | Big Willie Style | 249-123 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |

Exhibit A

## Doe #5 (151.205.104.224 2005-04-17 09:59:24 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Los Tigres Del Norte | Tumba Falsa | La Garra De... | 171-530 |
| Fonovisa, Inc. | Los Tigres Del Norte | Cuestion Olvidada | Unidos Para Siempre | 221-706 |
| Fonovisa, Inc. | Bronco | Que No Quede Huella | 20 Exitos | 256-014 |
| BMG Music | Jerry Rivera | Muero | Rivera | 291-696 |
| Fonovisa, Inc. | Bronco | Aunque No Me Quieras | Oro 2000 | 259-010 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| BMG Music | Cristian | Azul | Azul | 215-047 |
| Fonovisa, Inc. | Los Angeles De Charly | Un Sueno | Suenos | 289-765 |
| Fonovisa, Inc. | Marco Antonio Solis | Mi Eterno Amor Secreto | Trozos De Mi Alma | 264-718 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Interscope Records | Enrique Iglesias | Sad Eyes | Enrique | 214-257 |

Exhibit A

## Doe #6 (68.161.189.195 2005-04-18 18:24:23 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | A Place For My Head | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Godsmack | Voodoo | Godsmack | 241-879 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |

**Exhibit A**

**Doe #7 (151.204.248.32 2005-04-19 17:12:58 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Grand Funk Railroad | We're An American Band | We're An American Band | N-9482 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Even Flow | Ten | 137-787 |
| Arista Records LLC | Santana | Put Your Lights On | Supernatural | 289-833 |
| Capitol Records, Inc. | Duran Duran | New Moon on Monday | Seven and the Ragged Tiger | 53-971 |
| UMG Recordings, Inc. | Guns N Roses | It's So Easy | Appetite for Destruction | 85-358 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| Maverick Recording Company | Alanis Morissette | You Learn | Jagged Little Pill | 213-545 |

**Exhibit A**

**Doe  #8 (4.33.229.69 2005-05-12 01:51:15 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back To Me Now | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Two Out Of Three Ain't Bad | Bat Out Of Hell | N46849 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |

**Exhibit A**

**Doe #9 (68.161.215.79 2005-05-17 20:16:36 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| BMG Music | Luther Vandross | I'd Rather | Luther Vandross | 298-047 |
| BMG Music | RL | Got Me a Model | RL:Ements | 309-766 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |

**Exhibit A**

**Doe #10 (68.161.52.176 2005-05-20 02:42:39 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | 212-333 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| UMG Recordings, Inc. | Mary J. Blige | Deep Inside | Mary | 268-503 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | My Kinda Girl | Tender Lover | 106-822 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | I Can't Help It | Off The Wall | 11-120 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Human Nature | Thriller | 41-965 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |

**Exhibit A**

## Doe #11 (129.44.99.117 2005-05-23 02:36:45 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| Maverick Recording Company | Alanis Morissette | Head Over Feet | Jagged Little Pill | 213-545 |
| Virgin Records America, Inc. | A Perfect Circle | Three Libras | Mer De Noms | 281-642 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Virgin Records America, Inc. | Smashing Pumpkins | Ava Adore | Adore | 261-479 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Carrion | Tidal | 227-923 |
| BMG Music | Foo Fighters | Breakout | There Is Nothing Left To Lose | 285-034 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**Exhibit A**

**Doe #12 (151.202.113.112 2005-05-23 04:50:03 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Atlantic Recording Corporation | Phil Collins | Take Me Home | No Jacket Required | 60-788 |
| Virgin Records America, Inc. | Kelis | Caught Out There | Kaleidoscope | 277-087 |
| UMG Recordings, Inc. | Nirvana | Breed | Nevermind | 135-335 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Who's Crying Now | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | Missing You Now | Time, Love & Tenderness | 132-494 |
| Arista Records LLC | Kenny G | The Moment | The Moment | 236-228 |

**Exhibit A**

**Doe #13 (151.196.114.135 2005-05-24 09:04:17 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | The Time | Jungle Love | Ice Cream Castle | 55-021 |
| Virgin Records America, Inc. | Janet Jackson | Velvet Rope | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Embrya | Embrya | 263-940 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Arista Records LLC | Whitney Houston | I Believe In You And Me | Preacher's Wife Soundtrack | 242-260 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |

**Exhibit A**

## Doe #14 (162.83.131.251 2005-05-29 22:07:32 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Matchbox 20 | Damn | Yourself or Someone Like You | 227-755 |
| Warner Bros. Records Inc. | Dire Straits | Walk of Life | Brothers In Arms | 63-040 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | Charlene | I've Never Been to Me | I've Never Been to Me | 33-525 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |
| BMG Music | Alabama | Song Of The South | Southern Star | 100-925 |
| BMG Music | Vertical Horizon | Best I Ever Had (Grey Sky Morning) | Everything You Want | 277-868 |
| Maverick Recording Company | Michelle Branch | Goodbye to You | The Spirit Room | 303-732 |

**Exhibit A**

**Doe #15 (141.149.39.252 2005-05-31 04:24:35 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Virgin Records America, Inc. | Janet Jackson | Any Time Any Place | Janet | 174-392 |
| Motown Record Company, L.P. | Boyz II Men | Please Don't Go | Cooleyhighharmony | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | II | 196-004 |
| SONY BMG MUSIC ENTERTAINMENT | Da Brat | Funkdafied | Funkdafied | 199-136 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| BMG Music | SWV | I'm So Into You | It's About Time | 146-905 |
| BMG Music | Tyrese | Nobody Else | Tyrese | 237-788 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |
| Arista Records LLC | Toni Braxton | You Mean the World to Me | Toni Braxton | 208-619 |

**Exhibit A**

**Doe #16 (162.83.166.67 2005-06-01 23:57:27 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Lava Records LLC | Trans-Siberian Orchestra | Beethoven | Beethoven's Last Night | 284-961 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |

**Exhibit A**

**Doe #17 (68.237.28.20 2005-06-02 02:34:29 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| UMG Recordings, Inc. | Nirvana | All Apologies | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |

**Exhibit A**

**Doe #18 (68.161.195.241 2005-06-02 10:51:10 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Rah Digga | Imperial | Dirty Harriet | 281-389 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| Motown Record Company, L.P. | Boyz II Men | Please Don't Go | Cooleyhighharmony | 212-333 |
| Loud Records LLC | Mobb Deep | Adrenaline | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Kiss Of Life | Love Deluxe | 183-731 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Rewind | Stillmatic | 305-698 |

**Exhibit A**

**Doe #19 (66.171.170.7 2005-06-03 06:35:42 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| UMG Recordings, Inc. | Shania Twain | Come On Over | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Against All Odds | Rainbow | 276-595 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |

**Exhibit A**

**Doe #20 (66.171.30.66 2005-06-04 19:46:46 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | NWA | She Swallowed It | Efil4zaggin' | 137-627 |
| SONY BMG MUSIC ENTERTAINMENT | Champaign | Try Again | Modern Heart | 44-098 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| Arista Records LLC | Kenny G | You Send Me | Kenny G Greatest Hits | 263-707 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| UMG Recordings, Inc. | Musiq | Religious | Juslisen | 308-859 |

**Exhibit A**

**Doe #21 (68.161.123.4 2005-06-05 03:31:12 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| Arista Records LLC | Outkast | Elevators (Me & You) | Atliens | 233-296 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | It Ain't Hard to Tell | Illmatic | 207-177 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |

**Exhibit A**

**Doe #22 (151.202.190.127 2005-06-05 17:04:33 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Dress You Up | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Van Halen | Runnin' With the Devil | Van Halen | 239 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| Capitol Records, Inc. | Poison | Talk Dirty to Me | Look What the Cat Dragged In | 82-349 |
| Virgin Records America, Inc. | Rolling Stones | Saint of Me | Bridges to Babylon | 261-515 |
| UMG Recordings, Inc. | Beck | Devils Haircut | Odelay | 222-917 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |

**Exhibit A**

**Doe #23 (162.83.158.130 2005-06-06 00:58:25 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Adrian | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Virgin Records America, Inc. | A Perfect Circle | Over | Mer De Noms | 281-642 |
| Virgin Records America, Inc. | Enigma | The Voice Of Enigma | MCMXC, A.D. | 126-800 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Dangerous | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Off The Wall | Off The Wall | 11-120 |
| BMG Music | Christina Aguilera | The Christmas Song | My Kind Of Christmas | 271-461 |
| BMG Music | Martina McBride | Away In A Manger | White Christmas | 251-201 |
| BMG Music | N Sync | Tearin' Up My Heart | *NSYNC | 252-748 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

Exhibit A

**Doe #24 (162.83.139.86 2005-06-08 04:07:29 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Ruff Ryders | Down Bottom | Ryde Or Die Compilation Volume 1 | 179-239 |
| UMG Recordings, Inc. | Avant | Destiny | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Confessions (featuring Missy Elliott) | The Writing's on the Wall | 268-936 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | If I Ruled the World (Imagine That) | It Was Written | 220-016 |
| Arista Records LLC | Usher | I Can't Let U Go | 8701 | 307-207 |
| Arista Records LLC | Usher | Final Goodbye | Usher | 200-154 |

**Exhibit A**

## Doe #25 (141.149.41.142 2005-06-08 14:18:29 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Virgin Records America, Inc. | Janet Jackson | Any Time Any Place | Janet | 174-392 |
| Motown Record Company, L.P. | Boyz II Men | Please Don't Go | Cooleyhighharmony | 212-333 |
| UMG Recordings, Inc. | DMX | Blackout | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | DMX | Get At Me Dog | It's Dark And Hell Is Hot | 252-613 |
| SONY BMG MUSIC ENTERTAINMENT | Da Brat | Funkdafied | Funkdafied | 199-136 |
| Arista Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Diggin' On You | CrazySexyCool | 198-743 |
| BMG Music | SWV | I'm So Into You | It's About Time | 146-905 |
| BMG Music | Tyrese | Nobody Else | Tyrese | 237-788 |
| Arista Records LLC | Usher | Think Of You | Usher | 200-154 |

**Exhibit A**

**Doe #26 (68.237.88.193 2005-06-10 07:22:41 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| UMG Recordings, Inc. | Nirvana | All Apologies | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| Capitol Records, Inc. | Norah Jones | Lonestar | Come Away With Me | 320-120 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Daughter | Vs. | 207-219 |
| Arista Records LLC | Usher | If I Want To | 8701 | 307-207 |

**Exhibit A**

**Doe #27 (68.161.137.39 2005-06-11 00:56:39 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Dr. Dre | Bang Bang | 2001 | 277-983 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Long Time Coming | 78-842 |
| Arista Records LLC | Whitney Houston | All at Once | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | One Moment In Time | Whitney The Greatest Hits | 284-891 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |

## Exhibit A

### Doe #28 (151.205.175.114 2005-06-11 02:48:21 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Janet Jackson | Any Time Any Place | Janet | 174-392 |
| Motown Record Company, L.P. | Boyz II Men | Please Don't Go | Cooleyhighharmony | 212-333 |
| UMG Recordings, Inc. | DMX | Blackout | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| SONY BMG MUSIC ENTERTAINMENT | Da Brat | Funkdafied | Funkdafied | 199-136 |
| Arista Records LLC | TLC | Diggin' On You | CrazySexyCool | 198-743 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| BMG Music | Tyrese | Nobody Else | Tyrese | 237-788 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| Arista Records LLC | Usher | Think Of You | Usher | 200-154 |

Exhibit A

**Doe #29 (68.237.58.140 2005-06-12 18:57:03 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | Papercut | Hybrid Theory | 288-402 |
| Interscope Records | Eminem | As The World Turns | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| UMG Recordings, Inc. | Ludacris | Freaky Thangs | Word of Mouf | 304-605 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Ether | Stillmatic | 305-698 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Represent | Illmatic | 207-177 |