UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 29, <br><br> Defendants. | Civil Action 05-01298 (HHK) |

**O R D E R**

Upon the motion of plaintiffs for leave to take immediate discovery and the supporting memorandum of law, and the declaration of Jonathan Whitehead and the exhibit thereto, it is this 1st day of July, 2005, hereby,

**ORDERED** that plaintiffs may serve immediate discovery on Verizon Internet Services, Inc. to obtain the identify of each Doe defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for each defendant. The disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B); and it is further

**ORDERED** that any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act.

Henry H. Kennedy, Jr.<br>
United States District Judge