IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL RECORDS, INC. et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civ. A. No. 05-01298 |
| DOES 1-29, | ) ) |
| Defendants. | ) ) |

### ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of defendant's Motion to Quash and plaintiffs' response thereto, it is hereby **ORDERED** that the motion is **DENIED** and it is further **ORDERED** that Verizon Internet Services shall promptly supply to plaintiffs' counsel the information requested in plaintiffs' subpoena regarding the identity of the Doe defendants.

**SO ORDERED:**

_____
Honorable Henry H. Kennedy

1753934v1