IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL RECORDS, INC., et al )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>DOES 1-29 )<br>)<br>Defendants ) | CASE NO. 05-01298 HHK |

Motion of Doe #3 To Quash Due to Lack of Personal Jurisdiction and Supporting Affidavit.

Doe #3 hereby moves in pro per for the court to quash the subpoena issued to its ISP on the grounds that the Doe #3 is not subject to personal jurisdiction in this location. The basis for this claim is that I do not have sufficient contacts with the District of Columbia to justify requiring me to respond to this lawsuit so far from my home. Further information is included in the affidavit below.

Signed: Doe #3    Date: 09/06/05

Doe #3

STATE OF NEW YORK
COUNTY OF QUEENS

Affidavit of Doe #3

I, Doe #3, hereby declare:

1.  I understand that I have been sued in the District of Columbia.

2.  I have no regular contacts with the District of Columbia. I do not live in the District of Columbia now, have never lived in the District of Columbia. I live in Jackson Heights, Queens County, New York. I have no postal address, offices, residences, or telephone listing in the District of Columbia.

3.  I have never owned, used, possessed any real or tangible property located in the District of Columbia.

4.  I have never contracted with any person or for any property within the District of Columbia. I have not offices, real estate, bank accounts or persona property within the District of Columbia. I have no agents in the District of Columbia.

5.  I have never sold any products or services to anyone with the District of Columbia.

6.  I have never acted as a director, manager, trustee or other officer of any corporation incorporated under the laws of, or having its principal place of business within the District of Columbia. I have never been registered with the District of Columbia to transit business there.

7.  In the past I have never visited the District of Columbia.

8.  Prior to this case, I have never been sued in the District of Columbia or held to be subject to the jurisdiction of the District of Columbia.

9.  My only contact with the District of Columbia is because the Internet Service provider I use has its principal place of business in this location.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was signed in Flushing, NY.

Signed: _Doe #3_   Doe #3

Dated: _09/06/05_

################################

Proof of Service

I, Maureen Carroll, am over 18 years of age and am not a party to the lawsuit discussed above. On this date, I used U.S. mail to send a copy of the Motion to Quash and Declaration of Doe #3 in Support of Motion to Quash to:

1) name and address of the lawyers for the record companies who contacted me:
   Peter Strand
   Shook, Hardy & Bacon L.L.P.
   Hamilton Square
   600 14th Street, N.W., Suite 800
   Washington, DC 20005-2004

2) name and address of my ISP:
   Verizon Internet Services
   Security and Legal Compliance
   4055 Corporate Drive, #400
   Grapevine, TX 76051

Dated: _9/6/05_

_Maureen Carroll_