IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL RECORDS, INC. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-29, )<br>)<br>Defendants. )<br>) | Civ. A. No. 05-01298 |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of defendant's Motion to Quash and plaintiffs' response thereto, it is hereby **ORDERED** that the motion is **DENIED** and it is further **ORDERED** that Verizon Internet Services shall promptly supply to plaintiffs' counsel the information requested in plaintiffs' subpoena regarding the identity of the Doe defendants.

**SO ORDERED:**

_____
Henry H. Kennedy
United States District Judge

1770367v1