UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL RECORDS, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOES 1 - 29,**<br><br>**Defendants.** | Civil Action 05-01298 (HHK) |

ORDER REFERRING MOTIONS TO
UNITED STATES MAGISTRATE JUDGE DEBORAH ROBINSON

It is this 27th day of September, 2005, hereby

**ORDERED** that Doe #18's Motion to Quash the Subpoena [#5] and Doe #3's Motion to Quash the Subpoena [#7] are referred to United States Magistrate Judge Deborah Robinson for her determination, pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings related to these motions shall include the initials of Magistrate Judge Robinson, "DAR," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                           Henry H. Kennedy, Jr.
                                                           United States District Judge