UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS INC., *ET AL.*, | ) |
| Plaintiffs, | ) Civil Action No.: 1:05-CV-01298 |
| v. | ) |
| DOES 1-29, | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DOE

By this notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs hereby voluntarily dismiss Defendant Doe No. 21 from this Action with prejudice. The corresponding IP address, dates and times that Plaintiffs used in the Complaint to describe the defendant is:

| Doe No. | IP address, date and time |
|---|---|
| 21 | 68.161.123.4  2005-06-05  03:31:12 |

Respectfully Submitted,

Dated: November 4, 2005

_____
Peter E. Strand (D.C. Bar No. 481870)
Shook, Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile:  (202) 783-4211
PStrand@shb.com

Attorney for Plaintiffs