UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS INC., *ET AL.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 1:05-CV-01298 |
| | ) |
| DOES 1-29, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Upon the Plaintiffs' Voluntary Dismissal of Defendant Doe No. 13 With Prejudice from this Action, it is hereby

ORDERED that Plaintiffs' Complaint against Defendant Doe No. 13 is hereby Dismissed With Prejudice.

Date:_____    _____
                          UNITED STATES DISTRICT COURT JUDGE