# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL RECORDS, INC., et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DOES 1 - 29,**<br>**Defendants.** | **Civil Action 05-01298 (HHK)** |

## ORDER OF DISMISSAL

Upon the plaintiffs' voluntary dismissal of all remaining defendants Doe without prejudice from this action, it is hereby

**ORDERED** that plaintiffs' complaint against all remaining defendants Doe is hereby **DISMISSED WITHOUT PREJUDICE.**


Henry H. Kennedy, Jr.
United States District Judge

Dated:  November 21, 2005